IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| Autumn Cloud LLC, | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 2:16-CV-853-JRG-RSP |
| | § | LEAD CASE |
| TripAdvisor, Inc. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 3, 2017 (Dkt. No. 66) recommending that Dkt. No. 14 in 2:16-cv-853 (lead case), Dkt. No. 11 in Case No. 2:16-cv-850 (member case), Dkt. No. 11 in Case No. 2:16-cv-847 (member case), and Dkt. No. 11 in Case No. 2:16-cv-856 (member case) (collectively, the "Motions") all be **DENIED WITHOUT PREJUDICE**.

Having considered the Motions and the Report and Recommendation, the Court agrees. Therefore, the Court is of the opinion that the Recommendation should be and hereby is **ADOPTED** and the Motions are **DENIED WITHOUT PREJUDICE**.

**So Ordered this**
May 6, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE