**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| AUTUMN CLOUD LLC, § | |
| § | |
| *Plaintiff*, § | Case No. 2:16-cv-00853-JRG-RSP (Lead) |
| § | |
| v. § | Case No. 2:16-cv-00850-JRG-RSP (Member) |
| § | |
| PINTEREST, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the report and recommendation from Magistrate Judge Payne, which recommends that Pinterest, Inc. be dismissed without prejudice for improper venue. Dkt. No. 114. No objections have been filed, and the time to do so has now passed. Upon de novo review of the report and recommendation, the Court **ADOPTS** the Magistrate Judge's recommendation without modification. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Accordingly, Pinterest, Inc.'s motion to dismiss, Dkt. No. 76, is **GRANTED**. The lawsuit against Pinterest is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**So ORDERED and SIGNED this 4th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE